**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **NewRez LLC d/b/a Shellpoint Mortgage Servicing,**<br><br>**Plaintiff**<br><br>**vs.**<br><br>**Erik B. Swenson,**<br><br>**Defendant**<br><br>**Maine Department of Health and Human Services and**<br><br>**Secretary of Housing and Urban Development,**<br><br>**Parties-In-Interest** | **CIVIL ACTION NO: 2:25-cv-00366-LEW**<br><br>**JUDGMENT OF FORECLOSURE AND SALE**<br><br>**RE:**<br>**1180 Main Street, Sanford, ME 04073**<br><br>**Mortgage:**<br>**September 16, 2019**<br>**Book 18048, Page 490** |

This matter came before the Court for a testimonial hearing on Plaintiff's Motion for Default Judgment on October 19, 2026. Plaintiff, NewRez LLC d/b/a Shellpoint Mortgage Servicing, was present and represented by Reneau J. Longoria, Esq. Defendant, Erik B. Swenson, was present and unrepresented; Party-In-Interest, Maine Department of Health and Human Services did not appear; Party-In-Interest, Secretary of Housing and Urban Development did not appear.

All persons interested having been duly notified in accordance with the law, and after the hearing, the Plaintiff's Motion for Default Judgment is GRANTED. Count II -

Breach of Note, Count III - Breach of Contract, Money Had and Received, and Count IV – Unjust Enrichment are hereby **DISMISSED** without prejudice at the request of the Plaintiff. **JUDGMENT** on Count I – Foreclosure and Sale is hereby **ENTERED** as follows:

1. If the Defendant or his/her heirs or assigns pay NewRez LLC d/b/a Shellpoint Mortgage Servicing ("NewRez") the amount adjudged due and owing ($160,250.52) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S. § 6322, NewRez shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket. The following is a breakdown of the amount due and owing:

| Description | Amount |
|---|---|
| Principal Balance | $131,277.74 |
| Interest at 3.5% to 10/19/2026 | $8,267.28 |
| **Escrow Balance at Loan Transfer | ($866.30) |
| Pre-Accelerated Late Charges | $132.25 |
| Insurance | $15,253.04 |
| Taxes | $28,448.46 |
| Corporate Advances | $9,401.00 |
| Subtotal | $191,913.47 |
| Credits | ($30,987.95) |
| Unapplied Balance | $675.00 |
| Total | $160,250.52 |

2. If the Defendant or his/her heirs or assigns do not pay NewRez the amount adjudged due and owing ($160,250.52) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S. § 6322, his/her remaining rights to possession of the Sanford Property shall terminate, and NewRez shall conduct a public sale of the Sanford Property in accordance with 14 M.R.S. §

6323, disbursing the proceeds first to itself in the amount of $160,250.52 after deducting the expenses of the sale, with any surplus to be disbursed pursuant to Paragraph 6 of this Judgment, and in accordance with 14 M.R.S. § 6324. NewRez may not seek a deficiency judgment against the Defendant pursuant to the Plaintiff's waiver of deficiency at trial.

3. In the event that the Defendant and anyone occupying the premises do not vacate the property upon termination of his/her right to possession, NewRez may reopen this matter to seek a Writ of Assistance and/or Writ of Possession to be served by the U.S. Marshals Service pursuant to Federal Rule of Civil Procedure 4.1(a) consistent with this Judgment.

4. Pursuant to 14 M.R.S. § 2401(3)(F), the Clerk, if requested, shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

5. The amount due and owing is $160,250.52.

6. The priority of interests is as follows:

   - NewRez LLC d/b/a Shellpoint Mortgage Servicing has the first priority, in the amount of $160,250.52, pursuant to the subject Note and Mortgage.

● Maine Department of Health and Human Services has the second priority behind the Plaintiff pursuant to a Notice of Support Lien dated September 25, 2023, in the amount of $17,389.98, and recorded in the York County Registry of Deeds in Book 19322, Page 169. The total child support arrearage as of November 13, 2025, is $8,281.48.

● Secretary of Housing and Urban Development has the third priority behind the Plaintiff pursuant to a Mortgage dated April 12, 2024, in the amount of $37,472.18, and recorded in the York County Registry of Deeds in Book 19426, Page 542.

● Erik B. Swenson has the fourth priority behind the Plaintiff.

7. The prejudgment interest rate is 3.5%, *see* 14 M.R.S. § 1602-B, and the post-judgment interest rate is 9.5%, pursuant to 14 M.R.S. § 1602-C (the one year United States Treasury bill rate is the weekly average one-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the last full week of the calendar year immediately prior to the year in which post-judgment interest begins to accrue December 2025, 3.5% plus 6% for a total post-judgment interest rate of 9.5%).

8. The following information is included in this Judgment pursuant to 14 M.R.S. § 2401(3):

| | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | NewRez LLC d/b/a Shellpoint Mortgage Servicing<br>55 Beattie Place<br>Suite 10<br>Mail Stop 005<br>Greenville, SC 29601 | Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 303C<br>Beverly, MA 01915 |
| DEFENDANT | | |
| | Erik B. Swenson<br>1180 Main Street<br>Sanford, ME 04073 | Pro se - defaulted |
| PARTIES-IN-INTEREST | | |
| | Maine Department of Health and Human Services (DHHS)<br>109 Capitol Street<br>Augusta, ME 04333 | Jennifer G. Huston, Esq.<br>Office Of the Maine Attorney General<br>125 Presumpscot Street<br>Suite 26<br>Portland, Me 04103 |
| | Secretary of Housing and Urban Development<br>451 Seventh Street SW<br>Washington, DC 20410 | John G. Osborn, Esq.<br>U.S. Attorney's Office<br>District Of Maine<br>100 Middle Street, 6th Floor<br>Portland, ME 04101 |

a) The docket number of this case is No. 2:25-cv-00366-LEW.

b) All parties to these proceedings received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 1180 Main Street, Sanford, ME 04073, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate is 1180 Main Street, Sanford, ME 04073. The Mortgage was executed by the Defendant, Erik B. Swenson on September 16, 2019. The book and page number of the Mortgage in the York County Registry of Deeds is Book 18048, Page 490.

e) This judgment shall not create any personal liability on the part of the Defendant but shall act solely as an in rem judgment against the property, 1180 Main Street, Sanford, ME 04073.

SO ORDERED.

Dated this 20th day of October, 2026.

/s/ Lance E. Walker
Chief U.S. District Judge